IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ANAEL CASTRO-HERNANDEZ                                                    PLAINTIFF
ADC #159201

v.                                    Case No. 2:25-cv-00110-LPR-ERE

AUNDREA CULCLAGER, et al.                                                DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 29) and the Plaintiff's Objections (Doc. 30). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, the ADC Defendants' Motion for Summary Judgment (Doc. 18) is GRANTED. Plaintiff's claims against Defendants Culclager, Budnick, Davis, and Block are DISMISSED without prejudice based on Plaintiff's failure to exhaust his administrative remedies. The Clerk is directed to terminate Aundrea Culclager, Christopher Budnick, Brandon Davis, and Martha Block as parties to this action. Plaintiff's Motions for Summary Judgment (Docs. 17 & 23) are DENIED as moot. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would not be taken in good faith.

IT IS SO ORDERED this 15th day of January 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court makes one small correction to the first full sentence on page 6 of the PRD. That sentence should read: "In addition, Mr. Castro-Hernandez *does not allege* that any of the ADC Defendants were deliberately indifferent to his health and safety based on the kitchen conditions at the Delta Unit in this grievance." This alteration does not affect the correctness of the PRD's analysis or its conclusions.